FILED: October 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1954
(2:05-cv-02782-MBS)

_____

ROSS DEVELOPMENT CORPORATION

       Third Party Defendant - Appellant

v.

PCS NITROGEN INCORPORATED, successor through purchase, name change and merger to Columbia Nitrogen Corporation

       Defendant and 3rd-Party Plaintiff - Appellee

and

ALLWASTE TANK CLEANING INCORPORATED

       Third Party Defendant - Appellee

and

ASHLEY II OF CHARLESTON LLC

       Plaintiff

J HOLCOMBE ENTERPRISES LP; KONINKLIJKE DSM NV; ROBIN HOOD CONTAINER EXPRESS INCORPORATED; DSM CHEMICALS OF NORTH AMERICA INCORPORATED; J HENRY FAIR, JR.; CITY OF CHARLESTON, SOUTH CAROLINA; JAMES H. HOLCOMBE; PSC CONTAINER SERVICES LLC

       Third Party Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 12/14/2015

Opening brief due: 12/14/2015

Response brief due: 01/20/2016

Any reply brief: 14 days from service of response brief.

                                                For the Court--By Direction

                                                /s/ Patricia S. Connor, Clerk