FILED: February 3, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1954
(2:05-cv-02782-MBS)

_____

ROSS DEVELOPMENT CORPORATION

  Third Party Defendant - Appellant

v.

PCS NITROGEN INCORPORATED, successor through purchase, name change and merger to Columbia Nitrogen Corporation

  Defendant and 3rd-Party Plaintiff - Appellee

and

ALLWASTE TANK CLEANING INCORPORATED

  Third Party Defendant - Appellee

and

ASHLEY II OF CHARLESTON LLC

  Plaintiff

J HOLCOMBE ENTERPRISES LP; KONINKLIJKE DSM NV; ROBIN HOOD CONTAINER EXPRESS INCORPORATED; DSM CHEMICALS OF NORTH

AMERICA INCORPORATED; J HENRY FAIR, JR.; CITY OF CHARLESTON, SOUTH CAROLINA; JAMES H. HOLCOMBE; PSC CONTAINER SERVICES LLC

    Third Party Defendants

---

O R D E R

---

Upon consideration of the submissions relative to the appellee PCS Nitrogen, Inc.'s motion to hold this appeal in abeyance, the court denies the motion.

    For the Court

    /s/ Patricia S. Connor, Clerk